CHARLES H. OLDEN, appellant,

*v.*

URIAH SASSMAN, respondent.

[Argued March 30th, 1905. Decided November 20th, 1905.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Reed, whose opinion is reported in *67 N. J. Eq. 239.*

*Mr. Fergus A. Dennis* and *Mr. John T. Bird,* for the appellant.

*Mr. Edwin Robert Walker,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set forth in the opinion filed in the court of chancery by Vice-Chancellor Reed.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.